UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AVIKARAN SINGH,<br><br>               Petitioner,<br>    v.<br><br>MERRICK GARLAND et al.,<br><br>               Respondents. | CASE NO. 2:24-cv-01406-LK<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter on the Report and Recommendation ("R&R") of United States Magistrate Judge S. Kate Vaughan. Dkt. No. 15. The R&R recommends dismissing Petitioner Avikaran Singh's petition for habeas corpus relief filed under 28 U.S.C. § 2241. *Id.* at 1; *see* Dkt. No. 1 (habeas petition). Specifically, Judge Vaughan recommends dismissing Mr. Singh's petition as moot because the relief requested—Mr. Singh's release from immigration detention—has already occurred, as Mr. Singh was removed from the United States on November 14, 2024. Dkt. No. 15 at 1–2; *see also* Dkt. No. 14 at 1; Dkt. No. 14-1 at 2. Mr. Singh did not file any objections to the R&R.

The Court reviews findings and recommendations "*if objection is made*, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("Neither the Constitution nor the statute requires a district judge to review, de novo, findings and recommendations that the parties themselves accept as correct."); *see also* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

Accordingly, the Court hereby finds and ORDERS the following:

1. The Court ADOPTS the Report and Recommendation, Dkt. No. 15.
2. The Court DENIES as moot Respondents' motion to dismiss, Dkt. No. 9.
3. This case is DISMISSED without prejudice.
4. The Clerk is directed to send copies of this Order to all parties and to Judge Vaughan.

Dated this 7th day of January, 2025.

Lauren King
United States District Judge